Appeal No. 75-269. ALBERT MENARD *et al. v.* WOONSOCKET TEACHER'S GUILD, AFT 951 *et al.* Motion of plaintiffs to affirm. the order below under Rule 16(g) is denied. *Richard R. Acker-*

*man,* for plaintiffs. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Richard A. Skolnik,* for defendants.